# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYTI MYERS, | : | |
|     Plaintiff | : | |
| | : | No. 1:18-cv-00940 |
| v. | : | |
| | : | (Judge Kane) |
| PENNSYLVANIA DEPARTMENT | : | |
| OF CORRECTIONS, et al., | : | |
|     Defendants | : | |

## ORDER

**AND NOW**, on this 22nd day of June 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion to procced in forma pauperis (Doc. No. 2), construed as a motion to proceed without the full prepayment of costs and fees, is **GRANTED**;

2. Defendants Pennsylvania Department of Corrections and Timberland Boot Company are **DISMISSED** from this action with prejudice;

3. Plaintiff's complaint (Doc. No. 1), is **DISMISSED** without prejudice for failure to exhaust administrative remedies;

4. Plaintiff's motions for preliminary injunctive relief/temporary restraining order (Doc. Nos. 4, 5), are **DENIED**; and

5. The Clerk of Court is directed to **CLOSE** this action.

                                                                               s/ Yvette Kane
                                                                               Yvette Kane, District Judge
                                                                               United States District Court
                                                                               Middle District of Pennsylvania